# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WAIMONUSHUN SMITH**                                              **PLAINTIFF**
**ADC #111026**

**v.**                          **No. 5:13-cv-200-DPM-HDY**

**RAY HOBBS, Director, ADC;**
**RAYMOND NAYLOR, Disciplinary Hearing Admin., ADC;**
**GRANT HARRIS, Deputy Director, ADC;**
**TERRIE BANISTER, Disciplinary Hearing Officer, ADC;**
**MARK CASHION, Warden, Randall L. Williams**
**Correctional Facility, ADC; and**
**C. AKINS, Lt., Randall L. Williams**
**Correctional Facility, ADC**                                   **DEFENDANTS**

## JUDGMENT

Smith's complaint is dismissed without prejudice.  28 U.S.C. § 1915(g).

An *in forma pauperis* appeal from this Judgment and the related Order would

be frivolous and not in good faith.


_____
D.P. Marshall Jr.
United States District Judge

_25 July 2013_____