THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WAIMONUSHUN SMITH**                                                                       **PLAINTIFF**
ADC #111026

v.                          No. 5:13-cv-200-DPM-HDY

RAY HOBBS, Director, ADC;
RAYMOND NAYLOR, Disciplinary Hearing Admin., ADC;
GRANT HARRIS, Deputy Director, ADC;
TERRIE BANISTER, Disciplinary Hearing Officer, ADC;
MARK CASHION, Warden, Randall L. Williams
Correctional Facility, ADC; and
C. AKINS, Lt., Randall L. Williams
Correctional Facility, ADC                                                                   **DEFENDANTS**

## JUDGMENT

Smith's complaint is dismissed without prejudice.  28 U.S.C. § 1915(g).

An *in forma pauperis* appeal from this Judgment and the related Order would be frivolous and not in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2013